Case 1:24-cv-21076-CMA   Document 1   Entered on FLSD Docket 03/20/2024   Page 1 of 12

DC#M95189
Union
Po box 1000
Rarford FL 32083

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### District of
### Division

Case No.

FILED BY MC D.C.

MAR 1 9 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Derek Vernon Medina pro se

_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Valerie Nargis Medina
Derek Ian Medina
Nash ABI

_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Derek Vernon Medina |
| All other names by which you have been known: | Media news name accused Facebook Killer |
| ID Number | World Wide Name |
| Current Institution | Union Ci po box 1000 |
| Address | Raiford          FL          32083 |
| | City          State          Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Valerie Medina |
| Job or Title (if known) | Ceo business ower underworks |
| Shield Number | ab¹ underworks |
| Employer | 6891 s.w. 49 street, Miami, FL 33155 |
| Address | please list address Clerk of Court |
| | Miami          FL          33155 |
| | City          State          Zip Code |

☑ Individual capacity       ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Nash ABI |
| Job or Title (if known) | Ceo, business owner AbI underworks |
| Shield Number | |
| Employer | underworks business owner |
| Address | please list address Clerk of Court |
| | City          State          Zip Code |

☑ Individual capacity       ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _Derek Ian Medina_

Job or Title *(if known)*

Shield Number

Employer _Real estate broker_

Address _6891 S.W. 49 street_

_Miami_    _FL_    _33155_

| City | State | Zip Code |

☑ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_amendment XI. Violated illegal sale of house of plaintiff private property be taken for private use. The property was purchased 2012 year title deed The plaintiff Derek Vernon Medina and Valerie Medina Valerie Medina illegally sold property without plaintiff signing to sell_

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. defendants sold my house at 5555, ludlam road Miami, FL 33155 #105 miller 57, I did not sign a power of attorney or I did not participate in a title transfer, This was a fraud sale 185-thousand 285,000 without my consent illegally selling my home I am filing charges against defendants They sold the year 2021 I just found out now 2024 year.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
2021 They sold my home without my consent, The defendants committed a fraud Sale 285,000. $855,000 total

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

_____

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am Seeking 285,000 each defendant total 855,000 amount."
I am also filing Charges and I will like
Criminal Charges, and I will like
this case forwarded to States attorney
office No one is above the law, I need time
to attach discovery title deeds, I purchased
it 2012 and also the Illegal Closing, notarys
Without my signature, They committed fraud
I will have that mailed to you as soon as I can
Obtain copies No one is above the law.

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

Derek Medina V. Snucks Wanna bqn at wice, applesauce case #324CV-15 hes Mcr
Derek Medina V. police stations case #323 CV01426 mmh lll
Derek Medina V. Suntrust 323 cv-01382-hes-mcr
Derek Medina V. president obama, president trump, president Biden, States attorney office, attorney general, Ron de Santis case # 323 CV-1915-hes-mcr (323-CV-1915-hes-MCR)
Derek Medina V. amazon, ebooktime, booksof million, barnesand Noble case #322CV-525-BJ0-J07
Derek Medina V. CDC, moderna vaccine, FDA case #322-CV-421-MMhpdb

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Derek Medina V. Face book meta 323-CV-1915 mmhpdB
Derek Medina V. Facebook, twitter, Instagram, Miami herald, Youtube case
Derek Medina V. Youtube, #323CV1348 h19Mcr

I am still waiting on lawsuit I filed 2023, Jacksonville
Derek Medina against Miami heat, courthouse,
Derek Medina V. Florida Wildlife, Miami Yacht club,
This is 11th lawsuit I have filed

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)     _____

Defendant(s)   _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.   _____

7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _March 10, 2024_

Signature of Plaintiff _Derek Medina_

Printed Name of Plaintiff _Derek Medina pro se_

Prison Identification # _M95189_

Prison Address _Union Ci po box 1000_
_raiford_ _FL_ _32083_
City State Zip Code

### B. For Attorneys

Date of signing: _pro se_

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____
City State Zip Code

Telephone Number _____

E-mail Address _____

I have attached a notaried copy
I am on the transfered waiting
list I will send the Clerk of Court
my new address when I arrive I sent this mail
on a Sunday night in case I were to be transfered
you have lawsuit with verification of another
notarized copy of previous lawsuit I'm still waiting on case# Page 11 of 11
I sent a copy to NBC6 News and Telemundo 51 (15000s.w. 27 st. Miramar FL 33027)

sa 11/27
c:
Derek Vernon Medina

Verification
this
is Derek Vernon Medina
Plaintiff

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
NOV 08 2023
FOR MAILING

United States district Court
District of Division
300 N. Hogan street.
Jacksonville, FL 32202

Derek Vernon Medina ⟶ pro)se 11-8-23
plaintiff                    Civil action No.

V.

(1) Facebook Meta platforms, Inc. Meta.
(2) Mark Zuckerberg Facebook owner.
defendant / Respondent.

1983 civil lawsuit Defamation of character"

Mr. Doe K. Medina
DC#M95189
Union Ci. pobox1000
Raiford, FL 32083

Mailed from a State
Correctional Institution



ZIP 32083 $
02 4W
0000376785 M

Clerk of Court, Steven Larim
.4.00 N. Miami Ave, 8th-
Miami, Florida 33128
305-523-5001
305-523-5100 main
4.00 N. Miami Ave, 8th fl
Miami, FL 33128

331283 1807 C075

USMS
INSPECTED RECEIVED